Paul BUTLER v. STATE.
8 Div. 42.

Court of Appeals of Alabama.
March 19, 1935.

SAMFORD, Judge.
Affirmed.

Isaac, alias Ike, BYNUM v. STATE.
8 Div. 39.

Court of Appeals of Alabama.
Feb. 12, 1935.

SAMFORD, Judge.
Affirmed.

Daniel BYRD v. STATE.
8 Div. 137.

Court of Appeals of Alabama.
June 4, 1935.

RICE, Judge.
Affirmed.

Harmon, alias Herman, BYRD v. STATE.
8 Div. 917.

Court of Appeals of Alabama.
Jan. 30, 1934.

SAMFORD, Judge.
Affirmed.

Harmon, alias Herman, BYRD v. STATE.
8 Div. 918.

Court of Appeals of Alabama.
March 6, 1934.

RICE, Judge.
Affirmed.

Marshall BYRD v. STATE.
8 Div. 138.

Court of Appeals of Alabama.
May 21, 1935.

BRICKEN, Presiding Judge.
Affirmed.

J. G. CAMPBELL v. ALABAMA AGRICULTURAL CREDIT CO.
8 Div. 812.

Court of Appeals of Alabama.
Jan. 18, 1934.

PER CURIAM.
Appeal dismissed for want of prosecution.

Mance CAMPBELL v. STATE.
7 Div. 64.

Court of Appeals of Alabama.
Jan. 30, 1934.

Thos. E. Knight, Jr., Atty. Gen., for the State.

BRICKEN, Presiding Judge.
At the October, 1933, term of the above court, the grand jury found and returned into